D+F

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CARLOS RAUL CUADRA, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

v.

RENTECH, INC., JEFFREY R. SPAIN, and KEITH B. FORMAN,

Defendants.

Case No.: 2:17-cv-01284

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 12 2017 ★

LONG ISLAND OFFICE

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

PLEASE TAKE NOTICE that Plaintiff Carlos Raul Cuadra files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action. This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated: May 11, 2017

Respectfully submitted,

**LEVI & KORSINSKY LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: (203) 992-4523
Fax: (212) 363-7171
shopkins@zlk.com

SO ORDERED.

Dated: Central Islip, N.Y.

MAY 12 2017

S/Leonard D. Wexler

LEONARD D WEXLER
USDJ

1

## CERTIFICATE OF SERVICE

I hereby certify that on this on the 11th day of May 2017, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents

are being served this day on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins